R. L. Bracey and L. B. Varn, Plaintiffs in Error, v. First

National Bank of Brooksville, a Corporation, Defendant in Error.

A writ of Error to a Judgment of the Circuit Court within and for the County of Hernando.

Writ of Error dismissed on motion of counsel for defendant in error at costs of plaintiffs in error.

Tom F. Hancock, for Plaintiffs in Error;

Francis B. Coogler, for Defendant in Error.